# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### Pro se [Non-prisoner] Complaint Form

FILED
SEP 2 6 2023

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By ___

Thomas Leon Gibson and wife )
Michelle P. Gibson, with their Tribal Nations )
Ba-Pakal Luma Nation and )
Coosa Nation of North America (USA), )
a sister Nation and Juridical Personality )
)
)    Civil Action No. 23 CV 814
)
Plaintiffs, )
)
)
Devon Williamson, Brent J. MacFarland, )
Joshua Paschal, J.N Foster, Avery L. Crump )
J. Andrew Howe, Davidson County )
High Point Police Dept., )
Governor Roy Cooper )
And The State of North Carolina, ET. AL )
Defendants, )

(All in Official and Independent Capacity)

## COMPLAINT

### I.    JURISDICTION

Public Law 280
U.S. Constitution Art 1, Sec 2, Cl. 3
Department of Transportation 49 U.S.C §102

Driver/Operator 49 CFR 390.5T
Thompson v. Smith
American Protected by 8 U.S.C 12, II, VIII, 1324
False misleading Representation 15 U.S.C. §1692 e(1), (2) a & b
Genocide 18 U.S.C §1091
U.C.C. §28:1-203
Relating to personal property and carriers 27 CFR §72.1
Conspiracy Against Rights 18 U.S.C. §241

Crime victims' rights - 18 U.S. Code § 3771 a(1-10), b(1)

Title 42 U.S.C section 14141

Color of Law 18 U.S.C. §242

American Declaration on the Rights of Indigenous Peoples
Sec 3 Art 14 1 & 2 and sec 6 art 33

The Geneva Convention
International Convention on the Elimination of all Forms of Racial Discrimination
(ICERD)

International Covenant on Civil and Political Rights (ICCPR)

United Nations Resolutions 1514 & 1654- Decolonization Act (1960, 1961)

Convention on the Prevention and Punishment of the Crime of Genocide Treaty

Title 49 CFR sub sec 383.153A
49 U.S. Code § 31701 1 (a),(b)(2),(3),(4)
Jurisdiction 28 U.S.C. §1360
10 U.S. Code § 948a
False entries and reports of money & securities - 18 U.S.C 2073
  Treason - 18 USC § 2381
  Violation of Oath of Office, Disloyalty and asserting right to strike - 18 USC § 1918
  Deprivation of rights under color of law - 18 USC § 242
  Federally protected activities - 18 USC § 245

---

II.    PARTIES

Chief Travis Stroud
High Point Police Department
1730 Westchester Drive
High Point, N.C. 27262

Officer Devon Williamson
High Point Police Department
1730 Westchester Drive
High Point, N.C. 27262

Lieutenant Brent J. MacFarland
High Point Police Department
1730 Westchester Drive
High Point, N.C. 27262

Magistrate Joshua Paschal

Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

Magistrate J.N Foster
Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

D.A. Avery L. Crump
Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

J. Andrews Howe, Esq.
Asst. Davidson County Attorney
Post Office Box 1067
913 North Greensboro Street
Lexington, N.C. 27293

The State of North Carolina, Governor, Roy Cooper
North Carolina Attorney, General Josh Stein
114 West Edenton Street
Raleigh, N.C. 27603

North Carolina Secretary of Transportation, Eric Boyette
1 South Wilmington Street
Raleigh, N.C. 27601

Torre Jessup
North Carolina Department of Motor Vehicles
1417 N. Church Street
Rocky Mount, N.C. 27804

Commissioner Wayne Goodwin
Division of Motor Vehicles,
1417 N. Church Street
Rocky Mount, N.C. 27804

Assistant Attorney General Jonathan Evans
North Carolina Department of Motor Vehicles,
Motor Vehicles Section MSC 9001
1417 N. Church Street
Rocky Mount, N.C. 27804

Everett Guynn
Guil-Rand Wrecker
1211 Bethel Drive
High Point, N.C. 27260

Judge Rosalind Baker

Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Sandie Tysinger Chappell
Clerk of Superior Court
Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Maria Atwell
Assistant Clerk of Superior Court
Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Kelly Ann Chatterton
Davidson County Commissioner
Office of the Commissioner
913 North Greensboro Street
Lexington, N.C. 27293

David Richard
Interim Tax Director
Davidson County Tax Assessor Office
913 North Greensboro Street
Lexington, N.C. 27293

## III.   STATEMENT OF CLAIM

1) Now Comes, Thomas L. Gibson and Michelle P. Gibson of Ba-Pakal Luna Nation and

   Coosa Nation of North America ((USA). We are Natural Born Autochthon American

   Indian. Both free living man and woman living on the land. We are not dead entities or

   corporate fiction create to enslave us in a commercial system. We make this Federal

   Complaint enjoined with our Tribal Nation and, of our own free will. We hereby affirm,

   declare that we are both of the age of consent. We hereby attest that the statements &

   information contained in this complaint are true and correct to the best of our knowledge.

   We are living, breathing, sentient kindred who follows the Great Law of Peace, the

   United States Constitution, and its minor Treaties. We are protected by the United States

   Constitution, Treaty law, and International law. We are not corporate persons, North

   Carolina/United States "citizens", "subjects", "vessels", "persons", or any artificial

   entities, procedural phantoms, legal fictions, or juristic personalities within NORTH

   CAROLINA/UNITED STATES. We are human beings who have inherent sovereignty

   and are outside of these dominions (10 square miles) of the United States. We are both

Non-Citizen Nationals, American Indians that maintain our tribal affiliations and community attachments.

We have taken this action as Indigenous American Human Beings who are still being violated by your lower establishments and have been unlawfully forced nationalized by your Snyder Act. Because of this colonizing status, my people and I cite protection under International Laws, i.e. United Nations Resolution 1514 and 1654, Convention on the Prevention and Punishment of the Crime of Genocide, American Declaration of the Rights of Indigenous People, and the 1945 Geneva Convention, etc.

2) I Thomas Leon Gibson, I am not the corporate personality but the living natural man and am the beneficiary of my living trust. I am also known by my tribal name Black Feather, a Natural Born Autochthon American Indian, being first duly sworn, hereby submit this Federal Complaint against the violators of my freedom and unalienable human rights.

3) I Michelle P. Gibson, I am not the corporate personality but the living natural woman and am the beneficiary of my living trust. I am a Natural Born Autochthon American Indian, being first duly sworn, hereby submit this Federal Complaint against the violators of my freedom and unalienable human rights.

4) As a Nation, we and our people never consented to be made citizens, thus we were never given full faith and credit disclosure or consent. All created Civil Codes and Statutes don't apply to ourselves or our fellow tribal brothers and sisters. As Aboriginal American Indians, we owe your government no taxes and the charges that Davidson

County has brought against us are unlawful and your citizens means to steal land once again from our people. They are violating the U.S. Constitution and Supreme law of the land using statues and codes designed to govern your citizens, not us. Article 1 Section. 2 Clause 3, is clear in it meaning, "Indians not taxed".

To tax is defined by Etymology as: *"tax (v.)c. 1300, "impose a tax on," from Old French taxer "impose a tax" (13c.) and directly from Latin taxare "evaluate, estimate, assess, handle," also "censure, charge," probably a frequentative form of tangere "to touch," from PIE root \*tag- "to touch, handle." Sense of "to burden, put a strain on"* We are not your subjects or your citizens. You have no right to "burden" our "Pursuit of Happiness".

Our Nation is an inherent government sharing and living on the same land as your government. Your government agents have created codes and statutes that have been subjugating us. We have been unlawfully made parties to them in violation of the Great treaty (U.S. Constitution). *"A law repugnant to the Constitution is void. An act of Congress repugnant to the Constitution cannot become a law. The Constitution supersedes all other laws and the individual's rights shall be liberally enforced in favor of him, the clearly intended and expressly designated beneficiary." – Marbury v. Madison, 5 U.S. 137 (1803)*

5) Both our governments have placed things in place to respect each other independence and to keep the peace on this land. House Joint Resolution 3 of the 110th Congress and The

Northwest Ordinance by Congress in 1787 states; ***"The utmost good faith shall always be observed towards the Indians"***. It also States, **"their lands and property shall never be taken from them without their consent; and in their property, rights, and liberty they never shall be invaded or disturbed, unless in just and lawful wars authorized by Congress; but laws founded in justice and humanity shall, shall from time to time, be made preventing wrongs being done to them, and for preserving peace and friendship with them." ( Article 3)**

6) We bring forth this complaint as a protected people who has been harassed and violated by The High Point Police Department, Davidson County Tax collection office, Davidson County Sheriff's Department, Davidson County Commissioners Office, it's Superior County and it's District County attempting to extort our clan of own home and resources. But this complaint is also made for the protection of all our people against the same harm our immediate family has suffered. It is the responsibility of every Constitutional Law Enforcement Officer and County Agents to uphold their oaths and abide by treaties in which the United States is a state party.

7) The U.S Constitution is the supreme law of the land, no statutes, codes, rule or regulations supersede it. The State of North Carolina was not given any authority over the Autochthon American Indian from the United States Congress with regards to Public Law 280. Each time our family or any of our Sisters and brothers, have been pulled over and stopped by any of the various North Carolina police agencies our rights as a free and sovereign people have been contravened. To be harassed by individuals attempting to collect taxes from them and threatening to make them homeless if there is no compliant is

an act of genocide. This land is Indian land and your foreign government that occupied it, does not have the right to remove us or take us from our homes.

8) This Federal Court must uphold our people's human, God given, federal and international rights! The so called-legal action served upon our family on May 18, 2022, and now and order to evict us on September 29, 2023, posted at our home on September 22, 2023, is unlawful and unreasonable even towards your own citizen to be out in seven days. It must be terminated, as it is an act of thievery and vile harassment. We and our tribal representatives have notified your Governor, Attorney General, Department of Justices, and Davidson County Officials that their practice is improper, unjust, and against the law.

9) The County of Davidson and their representatives issued a lien on own family's property for unpaid taxes and are in collusion to steal it from it's lawful owners who are in a protected class. I Black Feather have suffered from the stress caused by your Officials actions. I have had multiple strokes which have left me physically impaired. My wife has been diagnosed and is known to be disabled since 2016. The State of North Carolina and it's County Of Davidson has no right to place any further burdens on us, as we have been actively decolonizing and see this actions as racial discrimination and retaliation for us exercising knowledge of who we are. Indigenous Americans and medically disable individuals like us are protected and this war against the weak and fragile must be halted by reasonable, lawful conscience.

10) The Davidson County has no right to enforce their contract or former practice against us, as it was a fraudulent action from the start and any taxes that were paid by any current or past members of the Gibson family were done in misunderstanding of the laws as they

knew it then, and should be paid back in there totality, as they ill-gotten via deceptive, coercive, and distressful means.

11) Fraudulent financial taxation is not the only way our people has been attacked by your subordinate state authorities; On December 11, 2021, while our family were peacefully traveling on their way home with our two children, we were pulled over by Police officer Devon Williamson from the High Point Police Department for having our Nation's, Ba-Pakal Luma Nation Tribal Plates on our private conveyance.

12) Officer Devon Williamson is a sworn North Carolina Police officer who had no right to activate his emergency lights and stop our family from exercising our Constitutional "Right to travel". In taking this action against our family, Mr. Williamson violated this Constitutional and North Carolina State oath that every North Carolina Officer is required to take before assuming office as a Public Servant. His action disqualified him of any immunity and reduced him to that of a Pirate. This color of law individual had no jurisdiction over said occupants of conveyance, nor did he have any authority over our automobile as it is register with the Nation of Ba-Pakal Luma and not North Carolina. To clarify here. We are members of two Nations and maintain tribal affiliations with both. Our family through treaty, are also members of Coosa Nation of North America (USA), who enjoin us in this lawsuit as a sister Nation and Juridical Personality.

13) Upon asking the Officer "what was the emergency?" and "why was our private conveyance stopped?" Mr. Williamson became hostile and refused to answer my (Black Feather's) questions. I again asked the officer, "for what lawful reason have you pulled

me over?" Mr. Williamson only response was to ask me for a North Carolina ID (Driver's License). I respectfully began to hand him my Ba-Pakal Luma Tribal ID and before I could hand it to him, he forcefully jabbed his arm through my window and snatched the card from my hand. He once again began to ask me for a North Carolina State ID. I explained to him that I did not have a North Carolina State ID and that I was an American Indian and not a citizen of the State of North Carolina. Mr. Williamson showing a great deal of frustration went to the back of my car and attempted to snatch off the car my tribal plate, breaking off part of my plate cover and committing a true crime (Damage to Property).

14) Mr. Williamson then came back to my window, which was not fully down and attempted to break the car window with his baton. I asked him to stop as my children began to scream in terror. We began trying to get help and started calling our Tribal Chief on the phone. Mr. Williamson only stopped his action of trying to break the window once he realized I was on the phone. Michelle at this time was also trying to calm the children down, as he ordered me out of the car. I protested but was forced to get out of the car in fear of my life and my family's lives. I prayed to the ancestors not wanting any harm to come to the wife or children.

15) This man was clearly unconcerned about their welfare, as I was shoved to the ground and handcuffed. I kept asking, "what did I do?" and "why was he treating us this way?". Mr. Williamson then began to ask me for my U.S. Government name. I was in fear for myself and my family lives. I did not know what this man was capable of, so I told him my birth name under extreme duress. I was illegally arrested for charges that are

noncriminal and unlawful because I did nothing to be accosted in this manner. I was only traveling home with my family. The legal definition of a crime or criminal act is the damage to person or property. Mr. Williamson by slamming me on the ground and injuring me establishes the element of damage to person. His actions were unnecessary and he had no consideration for my wife and children in how he treated me in front of them and ultimately endangered them by having them get out of the car and forced them to walk in the dark, in the rain, down the dangerous high volume highway to get home, unprotected as I was taken into his custody and false arrest.

16) This incident was executed because he didn't like that I stood up for my rights and questioned his right to accosted us. We were abused emotional and physically only because I exercised my right to travel, which the U.S. Supreme Court has upheld in multiple cases. North Carolina has no jurisdiction over American Indians as it is not a Public Law 280 state, however the state courts and their officials have refused to honor their constitutional oaths and constantly violate our nations members. We are forced into their courts under threats of arrest and constant persecution, when they know we have inherent sovereignty and our own separate jurisdictional government.

17) The State of North Carolina acting under the color of law are violating not only international law, but U.S. Constitutional law, and Treaty law as they continue to commit geocide and forced re-assimilation upon us as indigenous human beings. We are a people that should not be bothered, like my family and I were. This lawsuit is submitted because of this type of harassment which disregards our race, national origin, religion, while subjecting us to police brutality and the use of excessive force during unlawful arrests

and detainments. We are as a people not subject to state laws, codes, or statutes, because we are recognized to have a government-to-government relationship as proscribed in house Concurrent Resolution 331. Now these rogue officials are trying to force us out into the cold, from land and a house my family has inherited through our decedents.

18) We are not a part of your government but share diplomatic relations to which the State of North Carolina refuse to acknowledge. I was assaulted a second time on June 6, 2022, in High Point, by the High Point Police for the same non-crime, for exercising my right to travel. In these cases, the counties of Guilford and Davidson have ignored our Inherent Tribal, Constitutional and International Rights. The State of North Carolina is guilty of constantly violating us, threatening us with incarceration for demanding that our rights be respected. For trying to state our position to these county officials, in their courts, we were disrespected and told to shut up by judges and administrative personnel outright denying our right to due process.

19) The prosecutors who wish to do us harm would not reveal their names, titles for the offices the work. We have recently begun to process of obtaining FOIA request and request for anti-bribery statements which are require by law for all persons involved in violating us. At the time of the complaint being filed, we have not received any information as to who these people are who have constantly continued their abused of us.

20) On the night I was arrested, my wife and children were ordered out of the car and were made to walk home in the dark frigid rain. The High Point Police Department had my car towed away by Guil-Rand Wrecker and forced my family to walk home down the

dangerous highway. They had no concern for the well-being of my 9- and 12-year-old children and wife whom they placed at risk of becoming sick, being exposed to the elements or worst, being hit and harmed/killed by ongoing highway traffic or other dangers. In the end, I had to be bailed out of jail by my Chief Tribal Marshal, who they also refused to listen to when he told them the mistake and violation they had committed. The following day we were forced to retrieve my conveyance having to get a release order from the High Point Police Department, and then forced to pay storage and tow fees from Guil-Rand wreckers. This action taken against me, and my family was done to extort finances from us and to force us back into their jurisdiction and control after they knew we claimed our Right of Return and re-addressed our inherent sovereign status.

21) We both have a duty to plead for our cases and our my people's rights. We also have the right to our own Tribal Consuls whom we chose to representative us in our time of need. We have given them our consent and written authority to stand directly for us, to defend us and assist us in maintaining our rights as human beings. We are the original American Indian with Inherent Sovereignty, Constitutional and Tribal Rights intact. We are the Indigenous living people who have returned to the cultures and the customs of our forefathers.

22) We demand that UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA take control of its subordinate inferior North Carolina State District Courts and including their political subdivisions who are trying to steal our land and home. We ask that the supreme laws be held and that all of its peoples violations, disorder, and missteps of law be denounced and that this honorable court

orders the undoing of all the inappropriate and unjust rulings that their subordinates has done and is currently doing against my family, my people and my Nations. We also ask the Court order the County of Davidson who is attempting to force our family to pay homage to them by means of property taxes on their land and home to cease and desist.

23) As an American Indigenous Human Beings, we are protected by the U.S Constitution and its treaties. We are also protected by International Laws as the Aboriginals of this land, as spelled out in The United Nations "Declaration of the Rights of Indigenous Peoples" and the Organization of American States, "The American Rights of Indigenous Peoples".

24) We are not the United States created title 25 Native Americans. We are the true Indigenous people, and our ancestors, our heritage, and our blood comes from this land. We as a people have the Right of Self-identity, and no one has the right to treat us and our Nation as something else (UNDRIP). We are that, that we state and claim we are. We are not to be enumerated or taxed as spelled out in the supreme law of the land.

25) For our family and our Nations, we are addressing to this court because your lower Court have been out of order stepping on our peoples, our family's GOD given unalienable and Human Rights. We are violated as a people every time we are stopped in our travels, by your law enforcement personal trying to enforce statutes and codes meant for your citizens. These violations further continue and become larger issues when by your lower state courts attempts to uphold these officer engagements by proceeding against our members even when we make it clear as to who we are and the jurisdictional mishaps that have occurred.

26) When members honorably come forth making special appearances to explain to your Administrative Judges that the District Court of North Carolina had no original Jurisdiction over us as a people and that they are pushing aside treaties and the U.S Constitution, and they refused to listen and make war upon us. Our representatives have questioned these administrators in courthouse and though filings and diplomatic communications, "When did the U.S. Federal Government give North Carolina jurisdiction over the American Indian people as North Carolina is not a Public Law 280 State?" We have not received any answers and in person they all refused to answer because they know no authority was every given. Your people continue to vigorously ignore the law of this land by attempting to take us out of our lawful status, calling us Black, African American or some other misnomer.

27) We want to make it very clear this is not an issue of civil rights. Your citizens sue for civil rights. We are not your citizens. We come to your court as diplomats from another government. We are a self-governing Nations. Our people held these lands long before your people came to colonized them. Our ancestors trusted your forefathers to share this land and live in peace. We want that pledge restored. Your states have never had any rightful claim on us. Through deception, paper genocide and trickery your people have manipulated us into fictional statues that we now have awoke to reject. We have returned to ourselves. It is pastime you respect the bodies of laws your ancestors have installed to protect are rights as human beings and discontinue your people's desires to keep us assimilated. We sue for compensation and the right to be who we have always been.

IV. RELIEF

A. The Plaintiffs request upon this court to provide relief in the following ways:

1) We ask that the Court issue an immediate injunction on the eviction of the Gibson family which the Davidson County Sheriff Department asserts to be taking action on September 29, 2023, at 9:00 o'clock am.

2) The Plaintiffs are requesting Punitive damages for each defendant in the amount of Ten Million per individual; 5 million in their individual/private Capacity and 5 million in their official government capacity.

3) Regarding the individual Counties: Complainants are requesting 3000 square feet of county land from each county that violated any of their members and the return of all financial taxes taken from them by Davidson County with regards to their home and land in question.

4) The State of North Carolina has been responsible for centuries of Genocide and the miseducation of the indigenous people; The Plaintiffs are requesting programs with the intent to re-education the Autochthon American people.

5) The Nation (its members including The Gibson Family) will be made free from any further violations from any state law enforcement agencies as they

have no jurisdiction over American Indigenous Peoples and demand that the

Court place a formal sanction against the Law Enforcement Departments,

County Tax Assessor Agents, and District Court houses in North Carolina and

abroad.


Signed this 25th day of September 2023


Thomas L. Gibson aka Black Feather
Member of Ba-Pakal Luma Nation
and Coosa Nation of North America (USA)

Michelle P. Gibson
Member of Ba-Pakal Luma Nation
and Coosa Nation of North America (USA)

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

Thomas Leon Gibson and wife     )
Michelle P. Gibson, with their Tribal Nations )
Ba-Pakal Luma Nation and     )
Coosa Nation of North America (USA),     )
a sister Nation and Juridical Personality     )
    )
    )    Civil Action No._____
    Plaintiffs,     )
    )    CERTIFICATE OF SERVICE
    )
Devon Williamson, Brent J. MacFarland,     )
And The State of North Carolina, ET. AL     )
    Defendants,     )
(All in Official and Independent Capacity)

WE HEREBY CERTIFY that we the Plaintiffs served each of the defendants a copy of this complaint by depositing copies via the United States Postal Service and or by emails once emails were obtained and/ or addressed to the following below:

    Chief Travis Stroud
    High Point Police Department
    1730 Westchester Drive
    High Point, N.C. 27262

Officer Devon Williamson
High Point Police Department
1730 Westchester Drive
High Point, N.C. 27262

Lieutenant Brent J. MacFarland
High Point Police Department
1730 Westchester Drive
High Point, N.C. 27262

Magistrate Joshua Paschal

Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

Magistrate J.N Foster
Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

D.A. Avery L. Crump
Guilford County Courthouse
505 E. Green Drive
High Point, N.C. 27260

J. Andrews Howe, Esq.
Asst. Davidson County Attorney
Post Office Box 1067
913 North Greensboro Street
Lexington, N.C. 27293

The State of North Carolina, Governor, Roy Cooper
North Carolina Attorney, General Josh Stein
114 West Edenton Street
Raleigh, N.C. 27603

Secretary Eric Boyette
North Carolina Department of Transportation
1 South Wilmington Street
Raleigh, N.C. 27601

Torre Jessup
North Carolina Department of Motor Vehicles
1417 N. Church Street
Rocky Mount, N.C. 27804

Commissioner Wayne Goodwin
Division of Motor Vehicles,
1417 N. Church Street
Rocky Mount, N.C. 27804

Assistant Attorney General Jonathan Evans
North Carolina Department of Motor Vehicles,
Motor Vehicles Section MSC 9001
1417 N. Church Street
Rocky Mount, N.C. 27804

Everett Guynn
Guil-Rand Wrecker
1211 Bethel Drive
High Point, N.C. 27260

Judge Rosalind Baker

Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Sandie Tysinger Chappell
Clerk of Superior Court
Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Maria Atwell
Assistant Clerk of Superior Court
Davidson County District Court
110 West Center Street
Lexington, N.C.27292

Kelly Ann Chatterton
Davidson County Commissioner
Office of the Commissioner
913 North Greensboro Street
Lexington, N.C. 27293

David Richard
Interim Tax Director
Davidson County Tax Assessor Office
913 North Greensboro Street
Lexington, N.C. 27293

Respectfully Submitted,

Plaintiff-Pro se

Thomas L. Gibson

Ba-Pakal Luma Nation

41 5 Pisgah Church Road,

Suite 146

Greensboro, N.C. 27455

Plaintiff-Pro se

Michelle P. Gibson

Ba-Pakal Luma Nation

41 5 Pisgah Church Road,

Suite 146

Greensboro, N.C. 27455

  

# Ba-Pakal Luma Nation

This letter is written in support of one of our tribal members Black Feather who is an American Indian living on the land of our ancestors. You are to discontinue your attempts to defraud our brother who owes nothing to a system that has taken so much from our people. As a Nation of Aboriginal people, we are honorable, peaceful, and lawful. We are self-governing and live by the laws of our people and the laws of the land. We are not governed by statutes, codes, and regulations of your foreign government. You have no right to harass any indigenous man, woman, or child that only wishes to be left alone to live in peace and harmony on our land.

Your corporation is attempting to collect taxes from an American Indian on Indian Land. Make no mistakes, **ALL OF AMERICA IS INDIAN LAND**, our Ancestor only allowed your colonies to live here with us in peace. You are breaking this peace when you continue to hold us to the standards of your U.S. Corporate Citizens.

The State of North Carolina does not have any lawful jurisdiction over American Indians who are indigenous to the land and have inherent sovereign rights. The State has full knowledge that the Federal Government has given them no authority when it comes to dealing with foreign governments, and that our status is protected under the U.S. Constitution specifically, Article 1, Section 2, Clause 3 and the supremacy clause of Article 6. The U.S. Federal Government whom the States are beholden too in foreign affairs has granted no jurisdiction to the State of North Carolina. Your corporation is also beholden to Federal, International, and Treaty law.

*"Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations" [H. Con. Res 331].*

The United States Constitution clearly states, "Indians are not Taxed". Your actions are therefore in violation of the law of the land.

Black Feather is a member of our Nation and by treaty, a member of Coosa Nation, our Sister Nation who is also intervening in this matter. You do not have jurisdiction over any American Indian, and I commanded you to cease and desist ALL ACTIONS and contact with regards to this false tax matter brought against our member. You are to take your leave and NEVER return.

Peace, Love, and Honor,

Chief Little Tornado

Chief Little Tornado

Chief of the Nation

9/25/2023

